08-5445-ag
Xiao v. Holder

BIA
Balasquide, IJ
A073 174 846

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of June, two thousand ten.

PRESENT:
>           RALPH K. WINTER,
>           RICHARD C. WESLEY,
>           PETER W. HALL,
>                *Circuit Judges*.

─────────────────────────────────

JI FEN XIAO,
>           *Petitioner*,

>           v.                                    08-5445-ag
>                                                 NAC

ERIC H. HOLDER, JR.,[1] UNITED STATES
ATTORNEY GENERAL,
>           *Respondent*.

─────────────────────────────────

FOR PETITIONER:          Nathan Weill, New York, New York.

─────────────────────

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric. H. Holder, Jr., is automatically substituted for former Attorney General Michael B. Mukasey as respondent in this case.

**FOR RESPONDENT:**                    **Michael F. Hertz, Acting Assistant Attorney General; Michelle Gorden Latour, Assistant Director; Timothy G. Hayes, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.**

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DENIED.

Ji Fen Xiao, a native and citizen of the People's Republic of China, seeks review of an October 15, 2008, order of the BIA summarily affirming the April 23, 2007, decision of Immigration Judge ("IJ") Javier Balasquide, which denied his motion to reconsider. *In re Ji Fen Xiao*, No. A073 174 846 (B.I.A. Oct. 15, 2008), *aff'g* No. A073 174 846 (Immig. Ct. N.Y. City Apr. 23, 2007). We assume the parties' familiarity with the underlying facts and procedural history in this case.

As an initial matter, the Xiao only argues that the BIA erred by ignoring his motion to remand, thus waiving all other arguments before this Court. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 541 n.1, 545 n.7 (2d Cir. 2005). We find no abuse of discretion, however, in the BIA's summary

2

affirmance of the IJ's decision.  The BIA was under no obligation to consider the documents that Xiao submitted for the first time on appeal.  *See De La Rosa v. Holder*, — F.3d —, No. 09-3099-ag, 2010 WL 653471, at *6 n.2 (2d Cir. Feb. 25, 2010) (explaining that when the BIA is presented with new evidence on appeal, it should either "reject the evidence without considering it or move, *sua sponte*, to reopen the case before the IJ with the additional evidence"); *see also Kaur v. BIA*, 413 F.3d 232, 233 (2d Cir. 2005); 8 C.F.R. § 1003.1(d)(3)(iv).

For the foregoing reasons, the petition for review is DENIED.  As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk